FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OCTAVE CHARLES GENDRON,<br><br>Defendant. | No. 2:21-CR-00089-SAB-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION DENIED**<br>**(ECF No. 26)** |

Before the Court is Defendant's Motion to Modify Release Conditions, **ECF No. 26**. Defendant recites in his motion that U.S. Probation does not object to this request. The United States defers its position to U.S. Probation.

Specifically, Defendant requests to be removed from electronic monitoring as ordered by this Court on July 21, 2021, **ECF No. 20**.

After reviewing the submitted motion and the records and files herein, the Court is fully informed. The Court finds that circumstances have not materially changed since the current release conditions were set. Accordingly **IT IS ORDERED** Defendant's Motion, **ECF No. 26,** is **DENIED**.

**IT IS SO ORDERED.**

DATED September 23, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1