PROB 12C
(6/16)

Report Date: May 1, 2023

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Octave Charles Gendron | Case Number: 0980 2:21CR00089-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Nespelem, Washington 99155 | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: September 8, 2022 | |
| Original Offense: Assault by Striking, Beating, or Wounding, 18 U.S.C. § 113(a)(4) | |
| Original Sentence: Prison - 9 days; TSR - 9 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Michael James Austen Ellis | Date Supervision Commenced: September 8, 2022 |
| Defense Attorney: Amy H. Rubin | Date Supervision Expires: June 7, 2023 |

## PETITIONING THE COURT

To issue a summons.

On September 14, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Gendron, as outlined in the judgment and sentence. He acknowledged said requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Mr. Gendron violated the conditions of his supervised release by using fentanyl, on or about April 19, 2023. |
| | Specifically on April 21, 2023, Mr. Gendron provided a urinalysis that tested presumptive positive for fentanyl. Thereafter, Mr. Gendron admitted to the undersigned and via a signed document that he last used fentanyl, on or about April 19, 2023. |
| | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

Prob12C
**Re: Gendron, Octave Charles**
May 1, 2023
Page 2

**Supporting Evidence**: It is alleged that Mr. Gendron violated the conditions of his supervised release by using fentanyl, on or about April 24, 2023.

Specifically, on April 26, 2023, Mr. Gendron provided a urinalysis that tested presumptive positive for fentanyl. Thereafter, Mr. Gendron admitted to the undersigned and via a signed document that he last used fentanyl, on or about April 24, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 1, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

5/2/2023
Date