PROB 12C
(6/16)

Report Date: May 19, 2023

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Octave Charles Gendron | Case Number: 0980 2:21CR00089-SAB-1 |
| Address of Offender: ███████████████ | Nespelem, Washington 99155 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 8, 2022

| | | |
|---|---|---|
| Original Offense: | Assault by Striking, Beating, or Wounding, 18 U.S.C. § 113(a)(4) | |
| Original Sentence: | Prison - 9 days<br>TSR - 9 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: September 8, 2022 |
| Defense Attorney: |  Amy H. Rubin | Date Supervision Expires: June 7, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/2/2023.

On September 14, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Gendron, as outlined in the judgment and sentence. He acknowledged said requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #6**: You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.<br><br>**Supporting Evidence**: It is alleged that Mr. Gendron violated the conditions of his supervised release by failing to allow and/or being present for a scheduled home contact.<br><br>Specifically, on May 15, 2023, Mr. Gendron contacted the undersigned and stated that he would not be able to attend a previously scheduled probation appointment set for 12 p.m. Thereafter, Mr. Gendron committed to being present at his residence on May 17, 2023, at which time a home contact would occur. Mr. Gendron also committed to keeping his cellular telephone on his person on May 17, 2023, so a precise time could be coordinated for the aforementioned contact. |

Prob12C
**Re: Gendron, Octave Charles**
May 19, 2023
Page 2

At approximately 12 p.m., on May 17, 2023, the undersigned attempted to make contact with Mr. Gendron at his residence, though nobody appeared to be present. The undersigned called Mr. Gendron's cellular telephone. His significant other answered the telephone and stated he was helping a friend frame a house and she was uncertain the exact address and/or when he would be returning home precisely. The undersigned requested that upon his return home, he contact the undersigned. The undersigned again attempted to contact Mr. Gendron via his cellular telephone at approximately 5 p.m., but there was no answer. On May 18, 2023, the undersigned received a voice mail and later spoke to Mr. Gendron. He apologized for not being present at his residence on May 17, 2023, and that he accidentally left his cellular telephone in the car.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 19, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/19/2023
Date